℠JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BUNKERVILLE COMPOUND, LLC.

## DEFENDANTS
U.S.A. & James Smith Abbott

(b) County of Residence of First Listed Plaintiff: **Clark County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Clark County, NV**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Clarkson, Draper & Beckstrom, 162 N 400 E Suite A-204 St. George Utah 84771 Phone 435-634-1940

Attorneys (If Known)
Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☒ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Quite Title action

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Zachary D. Renstrom, Esq.
Nevada Bar No. 8236
Barry E. Clarkson, Esq.
Nevada Bar No. 6254
**CLARKSON DRAPER & BECKSTROM, LLC**
162 North 400 East, Suite A-204
P.O. Box 1630
St. George, Utah 84771
340 Falcon Ridge Blvd. #700A, P.O. Box 1946
Mesquite, Nevada 89024
Ph: (702) 345-7588
Fax: (435) 634-1942
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BUNKERVILLE COMPOUND, LLC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT (BUREAU OF LAND MANAGEMENT), JAMES SMITH ABBOTT, and JOHN DOES I through XX,<br><br>　　　　Defendants. | **COMPLAINT TO QUIET TITLE**<br>(Adverse Possession)<br><br><br><br><br><br>Case No.:<br><br>Judge: |

COME NOW Plaintiff by and through its attorney Zachary D. Renstrom and allege as follows:

///

## PRELIMINARY ALLEGATIONS

### Jurisdiction and Venue

1. The real property is located in Clark County, State of Nevada.

2. The real property which is the subject of this suit is located in Clark County, State of Nevada, and acts, events, transactions, and occurrences related thereto giving rise to causes of action occurred in Clark County, State of Nevada.

3. The subject property is also known as Parcel 002-24-801-002 on the Clark County Assessor's parcel records. The real property is located near the city of Mesquite Nevada.

4. Jurisdiction is proper in Clark County, State of Nevada where subject property is located.

5. Subject matter Jurisdiction is proper in the United States Federal District Court because one Defendant is the United States Federal Government.

6. Venue is likewise proper in that the real property which is the subject of this suit is located in Clark County, State of Nevada.

### GENERAL ALLEGATIONS

7. Plaintiffs reallege and incorporate the allegations set forth in Paragraphs 1-6 above by this reference, as if fully set forth herein and further alleges:

8. Jay and Nana Hardy farmed the subject property for over fourteen years. The farming activities by Jay and Nana Hardy was open to the public and could easily be observed throughout the years. Jay and Nana Hardy uses were adverse or hostile to the legal owner, and they had exclusive use of the land.

9. Jay and Nana Hardy also farmed an adjoining parcel of land to the subject property.

10. Jay and Nana Hardy paid property taxes on the adjoining parcel of land, and reasonable believed the paid property taxes also included the subject parcel of land.

11. Bunkerville Compound, a Nevada limited liability company purchased Jay and Nana Hardy's legal interest in the subject property and the adjoining parcel of land.

12. Bunkerville Compound has been actively using the land for cattle and farming for the past four years.

13. Bunkerville Compounds actions were open and notorious to the public and could easily be observed throughout the year, adverse or hostile to the legal owner, and had exclusive use of the land.

14. Bunkerville Compound has paid the property taxes on the adjoining parcel of land, and believed the paid property taxes also covered the subject property.

15. The Plaintiff recently request the land be surveyed by a licensed land surveyor.

16. During the survey, the Plaintiff learned that there may be a question related to the legal title of the land.

17. The licensed land surveyor did research on the subject parcel to resolve the question of title on the land.

18. During the research, the surveyor discovered the Clark County Recorder's office has the United States Government or Bureau of Land Management listed as the legal owner of the land.

19. The Plaintiff contacted the local Bureau of Land Management office. The Bureau of Land

Management office represented that the land was not owned by the United State Government.

20. The United States Government was listed in this action only to obtain a declaration that the United States Government does not hold an interest in this land.

21. A title search showed that the legal own of the land is was last owned by a James Smith Abbott.

22. The last item record on this parcel was on or about November 20, 1928.

23. No records were discovered showing the parcel conveyed or transferred from James Smith Abbott to the United States Government.

24. At this time it is unclear if James Smith Abbott or heirs claim an interest in the land.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment and relief against Defendants as follows:

For judgment that plaintiff is the fee simple owner of all right, title, and interest in and to the described real property;

For judgment that defendants do not have any right, title, estate, or interest in or lien on the described real property;

For such further relief as the court may deem proper.

DATED this 21 day of October, 2008

_____
Zachary D. Renstrom
Attorney for the Plaintiffs